DANIEL J. BRODERICK, Bar #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GERALD ALAIN VAUCHER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>GERALD ALAIN VAUCHER,<br><br>  Defendant. | NO. 6:11-MJ-00137 MJS<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING;  ORDER<br><br>Date:  December 6, 2011<br>Time:  10:00 a.m.<br>Judge: Hon. Michael J. Seng |

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective attorneys, that the status conference hearing in the above-captioned matter now scheduled for November 16, 2011, **may be continued to December 6, 2011 at 10:00 a.m.**

This continuance is requested by counsel for defendant to allow additional time for further defense preparation and plea negotiation.  The government does not object to this request.  The requested continuance will conserve time and resources for all parties and the court.

///
///
///
///
///
///

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: November 10, 2011 | /s/ Susan St. Vincent<br>SUSAN ST. VINCENT<br>Acting Legal Officer<br>National Park Service |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: November 10, 2011 | /s/ Melody M. Walcott<br>MELODY M. WALCOTT<br>Assistant Federal Defender<br>Attorney for Defendant<br>Gerald Alain Vaucher |

## ORDER

The Court, having reviewed the above request for a continuance of the status conference currently set for November 16, 2011 until December 6, 2011, HEREBY ORDERS AS FOLLOWS:

1) The status conference in the above entitled matter shall be continued to December 6, 2011 at 10:00 a.m., at the Yosemite Court.

IT IS SO ORDERED.

Dated:   November 15, 2011            /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE

Vaucher - Stipulation to Continue
Status Conference and Order