DANIEL J. BRODERICK, Bar #89424
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GERALD ALAIN VAUCHER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 6:11-MJ-00137 MJS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| v. | ) | CONFERENCE HEARING; ORDER |
| | ) | |
| GERALD ALAIN VAUCHER, | ) | Date: March 6, 2012 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Hon. Michael J. Seng |

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective attorneys, that the status conference hearing in the above-captioned matter now scheduled for February 8, 2012, **may be continued to March 6, 2012, at 10:00 a.m.**

This continuance is requested by counsel for defendant to allow additional time for further defense preparation and plea negotiation. The government does not object to this request. The requested continuance will conserve time and resources for all parties and the court.

///
///
///
///
///
///
///

BENJAMIN B. WAGNER

|  |  |
|---|---|
|  | United States Attorney |
| DATED: January 31, 2012 | /s/ Susan St. Vincent |
|  | SUSAN ST. VINCENT |
|  | Acting Legal Officer |
|  | National Park Service |
|  |  |
|  | DANIEL J. BRODERICK |
|  | Federal Defender |
| DATED: January 31, 2012 | /s/ Peggy Sasso |
|  | PEGGY SASSO |
|  | Assistant Federal Defender |
|  | Attorney for Defendant |
|  | Gerald Alain Vaucher |

## ORDER

The Court, having reviewed the above request for a continuance of the status conference currently set for February 8, 2012 until March 6, 2012, HEREBY ORDERS AS FOLLOWS:

The status conference in the above-entitled matter shall be continued to March 6, 2012 at 10:00 a.m., at the Yosemite Court.

IT IS SO ORDERED.

Dated:   February 1, 2012           /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

Vaucher - Stipulation to Continue
Status Conference and Order